IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

|  |  |  |
|---|---|---|
| IN RE TREX COMPANY, INC. SECURITIES LITIGATION | ) ) ) ) ) ) ) | Civil Action No. 5:05CV00047 (Member case: 5:05CV00052) **ORDER** By: Hon. Glen E. Conrad United States District Judge |

For the reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED**

that the defendant's motion to dismiss shall be and hereby is GRANTED and the cases stricken from the active docket of this court.

The Clerk is directed to send certified copies of this Order to all counsel of record.

ENTER this 6th day of October, 2006.

_____
United States District Judge